IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00755-ZLW

JOSEPH L. WILLIAMS,

    Applicant,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 1 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion Requesting Court Documents" filed on August 18, 2006, is DENIED because Applicant is seeking copies of documents that either do not exist or that already have been provided to him.

Dated: August 21, 2006

Copies of this Minute Order were mailed on August 21, 2006, to the following:

Joseph L. Williams
Reg. No. 46010
CTCF 3 3
P.O. Box 1010
Canon City, CO 81215

                        Secretary/Deputy Clerk