IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 8 - 2006

Civil Action No. 06-cv-00755-ZLW

JOSEPH L. WILLIAMS,

    Applicant,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion to Clerify [sic] the Petition's Objecting and Reconsider By Senior Jugde [sic] Zita L. Weinshienk" filed on September 7, 2006, is DENIED.

Dated: September 8, 2006

Copies of this Minute Order were mailed on September 8, 2006, to the following:

Joseph L. Williams
Reg. No. 46010
CTCF #3
P.O. Box 1010
Canon City, CO 81215

                                          Secretary/Deputy Clerk