# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00755-ZLW

JOSEPH L. WILLIAMS,

    Applicant,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 27 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion to Clerify [sic] the Petition's Objecting and Reconsider By Senior Judge Zita L. Weinshienk," and his "Motion Objecting to the Orders of Dismissal and Denying of Reconsider, by Senior Judge Zita L. Weinshienk," both of which were filed on September 26, 2006, are DENIED.

Dated:  September 27, 2006

Copies of this Minute Order mailed on September 27, 2006, to the following:

Joseph L. Williams
Prisoner No. 46010
CTCF - CH 3
PO Box 1010
Cañon City, CO 81215- 1010

                                    Secretary/Deputy Clerk