IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00755-ZLW

JOSEPH L. WILLIAMS,

      Petitioner,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court, in the above entitled proceedings, has rendered an Order denying Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, April 20, 2006 and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed June 1, 2006 and dismissing the case. The Petitioner filed a Petition for Certificate of Appealability on September 26, 2006. The Court has reviewed the record which conclusively shows that Petitioner is entitled to no relief. The reasons stated in the Order and Judgment of Dismissal filed July 20, 2006, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is, therefore,

ORDERED that the Petition for Certificate of Appealability is denied and no certificate of appealability will issue.

DATED at Denver, Colorado this   28   day of   September , 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court