IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00755-ZLW

JOSEPH L. WILLIAMS,

       Applicant,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

       Applicant submitted a Notice of Appeal on September 26, 2006. The court has determined that the document is deficient as described in this order. Applicant has also submitted a Motion for Appointment of Appellate Counsel and a Request for Docketing Statement on September 26, 2006. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
       X    is not submitted
       ___   is missing affidavit
       ___   is missing required financial information
       ___   is missing an original signature by the prisoner
       ___   is not on proper form (must use the court's current form)
       ___   other_____

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified. It is

FURTHER ORDERED that Applicant's Motion for Appointment of Appellate Counsel is denied with leave to re-file in the U.S. Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that Applicant's Request for Docketing Statement is denied as moot. A copy of the docket sheet and the U.S. Court of Appeals for the Tenth Circuit 's Pro Se Docketing Statement form were mailed to the Applicant on September 27, 2006.

DATED at Denver, Colorado this   28   day of        September       , 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court